```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                       Case07-20487-CR-MGC
THE UNITED STATES OF AMERICA,
                Plaintiff,
       vs.
ANGEL BALBUENA                              MIAMI, FLORIDA
                                            AUGUST 26, 2008

                Defendant.

         TRANSCRIPT OF MOTION TO WITHDRAW GUILTY PLEA
              BEFORE THE HONORABLE MARCIA G. COOKE
                  UNITED STATES DISTRICT JUDGE
APPEARANCES:
FOR THE GOVERNMENT:
                         SCOTT EDENFIELD, A.U.S.A.
                         Office of the U.S. Attorney
                         99 N.E. 4th Street
                         Miami, FL 33132 - 305/961-9136

FOR THE DEFENDANT:
                         ISRAEL JOSE ENCINOSA, ESQ.
                         80 SW 8th Street
                         Suite 1710
                         Miami, FL  33130  305/374-4343

REPORTED BY:

                         ROBIN M. DISPENZIERI, RPR
                         Official Federal Court Reporter
                         United States District Court
                         400 No. Miami Avenue, Ste. 11-2
                         Miami, FL  33128 - 305/523-5158
```

TOTAL ACCESSTM COURTROOM REALTIME TRANSCRIPTION
August 26, 2008

1           THE COURT:  Appearing on behalf of the United States.
2           MR. EDENFIELD:  Good morning, Your Honor, Scott
3  Edenfield for the United States.
4              [Spanish Court Interpreter present]
5           THE COURT:  This matter was scheduled for 4:30 this
6  afternoon.  I understand from my Deputy Clerk that he contacted
7  both sides in this matter.  Obviously, someone got the message.
8  Mr. Edenfield is here and Mr. Balbuena is here.  We have not
9  been able to contact defense counsel.  I also want to state
10 that the Deputy Clerk did try to contact, by telephone, defense
11 counsel, but his voice mail box is full.
12          I brought Mr. Balbuena into court because,
13 Mr. Balbuena, you were scheduled for a hearing today.  I don't
14 know what happened to your attorney, but I didn't want you to
15 think that we had you back in lock-up for no reason.  We will
16 reschedule a hearing as soon as possible.
17          I do have docket entry number 40 that was filed on
18 August 25, motion to withdraw guilty plea by defense counsel,
19 and I do have the government's response filed on the 26th,
20 their response to defendant's motion to withdraw a guilty plea.
21 I will set this matter for a hearing as soon as possible.
22 Thank you very much everyone.
23          MR. EDENFIELD:  Thank you, Your Honor.
24          THE COURT:  Thank you.
25              [Proceedings recessed at 4:40 p.m.]

1  [5:05 p.m. Counsel Israel Encinosa enters the courtroom.]

2  THE COURT:  We are bringing the defendant back up into
3  the courtroom.

4  At this time defense counsel is present and prepared
5  to proceed, is that correct, counsel?

6  MR. ENCINOSA:  That is correct, Your Honor.

7  THE COURT:  I do have before me your motion to
8  withdraw guilty plea.  Are you prepared to proceed?

9  MR. ENCINOSO:  Yes, Judge.  Your Honor, as I said in
10 my motion, after talking with my client and after reviewing all
11 the evidence with him, the CD recordings that we were provided
12 -- I speak Spanish.  We were able to tune in on some of the
13 conversations.  My client has claimed from the beginning that
14 his involvement, he was going to purchase three kilos of
15 cocaine.  He had about approximately 50 some thousand dollars
16 with him at the time that he got arrested which would be three
17 times the agreed price of $17,500.  Again, three kilos of
18 cocaine.  He feels that he was not fully represented by
19 previous counsel because there were no transcripts provided of
20 the tape recordings.

21 As you know, Mr. Farina is a fine lawyer, but I don't
22 believe he speaks fluent Spanish.  He might speak broken
23 Spanish.  I do speak Spanish, and I can see my client's point
24 where he is arguing "tres," three, it sounds like thirteen if
25 you stress the S a little bit?

1                THE COURT:  What about the fact of the plea colloquy?
2    I asked him at least twice; "are you pleading guilty because
3    you talked this over with your attorney and you believe this is
4    the best thing for you to do?"  I also asked at the conclusion
5    of the government's factual basis:  "Do you agree with the
6    factual basis as made by the prosecutor?"
7                MR. ENCINOSA:  Judge, that is what it is.  I wasn't
8    here.  I am sure that those representations are correct.  I am
9    basically attacking the four factors which the Court must look
10   at in order to decide whether or not to allow a guilty plea to
11   be withdrawn.  But you are correct.  All that happened during
12   the plea colloquy I am sure.
13               THE COURT:  Mr. Edenfield?
14               MR. EDENFIELD:  Your Honor, I agree with the Court.
15   The plea colloquy was very clear.  The factual proffer that was
16   given was that this offense involved over ten kilograms of
17   cocaine.  If Your Honor recalls, at the plea colloquy the
18   defendant stated, "no, I think it was only three."  At that
19   point in time the Court gave the defendant time to discuss with
20   his counsel, a brief conference was had between Mr. Farina and
21   the defendant.
22               THE COURT:  I want to say not only with Mr. Farina and
23   the defendant, but also with the assistance of the Court
24   Interpreter.
25               MR. EDENFIELD:  Also true, Your Honor.  And I think at

1  that time, after that conference was had with the interpreter,
2  with Mr. Farina with the defendant, the defendant stated that
3  he agreed with the factual basis that had been set forth which
4  was that he had intended to purchase over ten kilograms of
5  cocaine.
6        So Your Honor, I don't think, and the motion that was
7  filed only alleges two basis for a withdrawal of a guilty plea.
8  Both are based on allegations that his prior counsel was
9  ineffective.  That was for reasons that the Court just alluded
10 to, the fact that the plea was knowing and voluntary, the plea
11 colloquy, the defendant was given the opportunity to challenge
12 the factual proffer and was allowed to consult with defense
13 counsel at that time.  I don't think withdrawal of the plea
14 colloquy is appropriate.
15       The second ground that was not mentioned a moment ago,
16 based on an alleged failure to file a motion to suppress, I
17 addressed that in the response.  Simply put, the search warrant
18 in this case, first of all, does not pertain to count one of
19 the indictment.  It pertains to the other counts of the
20 indictment.  That search was conducted pursuant to a warrant.
21 What is raised in the motion was that it wasn't a valid
22 consent.
23       As Your Honor knows, a valid consent is not necessary
24 when the search is executed pursuant to a search.  What
25 happened as set forward in the brief, Mr. Balbuena stated at

1  the meet when the drugs were supposed to be purchased that he
2  had additional funds back at his house and that he asked the
3  confidential source and the undercover agent to follow him back
4  to the house to obtain the rest of the money.
5       That, in and of itself, is probable cause for the
6  search warrant and there can be no prejudice for the alleged
7  failure of Mr. Farina because any motion to suppress simply
8  would not have been granted.
9       Your Honor, I think and set forth I am happy to
10 discuss as much as Your Honor wants the legal standard.  For
11 the reasons that the Court just referred to, this is not an
12 instance where any assistance of counsel prejudiced the
13 defendant, and for that reason withdrawal of the guilty plea is
14 not appropriate.  I would also add there has been no evidence
15 proffered.  For withdrawal of a guilty plea to be appropriate,
16 there would have to be sworn testimony.  All we have is
17 allegations about what prior defense counsel did or did not do.
18 I believe the Court can, on the papers, deny the motion to
19 withdraw the plea.
20       THE COURT:  Am I required to have an evidentiary
21 hearing, Mr. Edenfield?
22       MR. EDENFIELD:  I do not believe so, under Eleventh
23 Circuit case law, Your Honor.  To fully answer the Court's
24 question, I do not believe an evidentiary hearing is necessary
25 to deny the motion to withdraw the guilty plea.  If the Court

1  were to be inclined to grant the motion, I believe that an
2  evidentiary hearing would be necessary to prove up the
3  allegations regarding the effectiveness of his prior counsel.
4           THE COURT:  Thank you.  Any response?
5           MR. ENCINOSA:  Briefly, Judge.  With regard to the
6  test, it's not ineffective assistance of counsel.  The first
7  fact is whether the close assistance of counsel was available
8  to the defendant.  There is a big difference as far as
9  sentencing whether it's ten or five kilos or more or less than
10 five kilos.  There is a tape recording in Spanish that was
11 never translated that has been denied here.  I believe had
12 Mr. Farina had the benefit of the translation of that tape
13 recording where Mr. Balbuena claims "tres," that coupled with
14 the amount of money that he brought to the transaction.  The
15 money found in the house wasn't that much.  It wouldn't have
16 amounted to the purchase of ten kilos of cocaine.  It was only
17 a few thousand dollars.
18          THE COURT:  Mr. Edenfield, what about the tape that
19 wasn't transcribed?
20          MR. EDENFIELD:  Your Honor, none of the tapes were
21 transcribed because this case was tracking towards a guilty
22 plea.  Your Honor, what I would say about that particular
23 issue, obviously, the person who is in the best position to
24 know what was said during those conversations and to know his
25 own intent is the defendant himself.  And the defendant

1  himself, during the course of the plea colloquy, was given
2  ample opportunity to challenge whether it was three kilograms
3  of cocaine or thirteen kilograms of cocaine.  After that
4  conference between defense counsel, the defendant, and with the
5  assistance of the translator that we just noted a moment ago,
6  the defendant said "I agree with what was stated in the factual
7  proffer."  "I agree it was over ten kilograms of cocaine."
8            INTERPRETER:  How many?
9            MR. EDENFIELD:  Over ten kilograms of cocaine.
10           Your Honor, I believe that the ineffective assistance
11 of counsel approach is correct.  That's what is being alleged
12 here.  The plea colloquy is efficient because he did not
13 receive effective advice of counsel.  There is no way that
14 Mr. Farina, knowing or not knowing what was on those tapes,
15 even if this allegation is true, would have any bearing on
16 whether or not the defendant, when asked, would say that he
17 either did or did not intend to possess over 10 kilograms of
18 cocaine in that case.
19           THE COURT:  Thank you. What is interesting about this
20 matter is the defendant absented himself prior to the sentence
21 in this case.  And now, on the eve of sentencing, after he has
22 absconded, he thinks of all of these reasons why his plea was
23 inadequate.
24           First of all, the plea colloquy was very specific.  It
25 not only asked the defendant are you pleading guilty because

1  you think it's in your best interest to do so, there is at
2  least two places where I ask that.  It also asks the defendant:
3  "Are you satisfied with the representation that you have
4  received from your attorney?"  He answered yes to that
5  question.
6          The other thing is that over the course of the plea
7  colloquy, Mr. Balbuena asked for, and was given, additional
8  time, with the assistance of the interpreter, to confer with
9  his attorney when he had questions.  So if you go with the
10 first standard, whether or not the defendant had the assistance
11 of, or adequate assistance of counsel, I want to have the
12 language exactly from the case, whether the defendant had close
13 assistance of counsel, he did.  He had an opportunity to confer
14 with counsel prior to and during the course of the plea
15 colloquy.  Whether the plea was knowing and voluntary, we go
16 through the entire plea colloquy, I did this personally where
17 the defendant was asked several times; was he pleading guilty
18 because he felt it was in his best interest to do so.  He was
19 asked at the conclusion of the government's proffer, the
20 factual proffer, did he agree with the factual proffer where he
21 once again took time out to confer with his attorney and said
22 that he did agree with the factual proffer.
23         The third factor, would judicial resources be served
24 in this matter?  They wouldn't be.  In fact, Mr. Balance,
25 because of history nude motion now to withdraw his guilty plea,

1  it would not conserve resources.

2      I also want to go back to the transcripts in this
3  case.  I was not aware of the transcripts, I am certain defense
4  counsel knew what was up.  The best person to advise this
5  person about whether to proceed in a manner was the defendant.
6  He had ample opportunity to say to the defendant, or even to
7  me, because I ask if you have any questions about whether or
8  not it was appropriate to proceed in this manner.  And he chose
9  to continue.

10     Given the factors as enunciated in Buckles, I think
11 there is no situation to allow this defendant to withdraw his
12 guilty plea.  He had close assistance of counsel, the plea was
13 knowing and voluntary, and judicial resources would be
14 conserved.  I find that they don't, there is no need for me to
15 go on to the fourth factor as enunciated in Buckles.  Now,
16 counsel, are you prepared to go forth with sentence in this
17 matter today?

18     MR. ENCINOSA:  No, but I can try to get ready in a
19 week.

20     THE COURT:  How are we for next Wednesday, Ivan?
21 September 3?

22     COURTROOM DEPUTY:  That's pretty full.

23     THE COURT:  Let's go to the 10th.

24     COURTROOM DEPUTY:  That's worse than the 3rd.  We are
25 stuck in two civil hearings that day.

```
 1            THE COURT:  Do the best you can.
 2            MR. ENCINOSA:  Your Honor, I know we are talking about
 3   dates.  My client wants me to inform Your Honor something
 4   having to do with the plea colloquy.
 5            THE COURT:  Which is?
 6            MR. ENCINOSA:  He indicated to me that at one point in
 7   time during the plea colloquy he indicated that he did not want
 8   to plead.  That yes, he was allowed to talk to Mr. Farina
 9   through the interpreter, and that he conveyed to Mr. Farina
10   that it was three kilos.  At that point in time there was a --
11   Mr. Farina had a conversation with the prosecutor about the
12   amount of kilos.
13            THE COURT:  That was one of my reasons, counsel, for
14   why I found out that he had assistance.  Because we paused the
15   guilty plea to allow Mr. Farina to confer with your client and
16   then, based upon the conversations with his client, he
17   conferred with Mr. Edenfield and reconferred with his client.
18   So at any point in that time your client could have said;
19   Judge, I don't want to do this.
20            MR. ENCINOSA:  He wanted me to point that out, Judge.
21            THE COURT:  Ivan is going to give us some dates now.
22   September 17.
23            THE DEFENDANT:  I would like to get rid of this
24   problem.
25            THE COURT:  September 3 at 4:30.
```

1            MR. EDENFIELD:  Your Honor, I have a competency
2    hearing in front of Judge Gold at 4:30.
3            MR. ENCINOSA:  I am pretty sure I am going to be in
4    trial before the Honorable Reemberto Diaz on September 3,
5    Judge.
6            COURTROOM DEPUTY:  September 24 at 11:00.
7            THE COURT:  September 24, 11:00.
8            MR. EDENFIELD:  That's fine, Your Honor.
9            MR. ENCINOSA:  September 24 at 11:00.  It should be
10   fine.  We are picking a jury on the 19th before Judge Gold, no,
11   Judge Graham on the 19th.  On the 22nd we are starting the
12   trial.
13           THE COURT:  We will work it out.  If we have to move
14   something around to accommodate you on a break from Judge
15   Graham, we will do it.  I know Mr. Edenfield is usually
16   flexible in that regard.
17           COURTROOM DEPUTY:  11:00 in the morning.
18           THE COURT:  Thank you, counsel.
19                [Proceedings conclude at 5:30 p.m.]
20
21
22
23
24
25

August 26, 2008

```
 1                      C E R T I F I C A T E
 2         I hereby certify that the foregoing is an accurate
 3    transcription of proceedings in the above-entitled matter.
 4
 5
 6
 7
 8
 9     1/23/2009              /S/   ROBIN M. DISPENZIERI
       _____     _____
10      DATE FILED           ROBIN M. DISPENZIERI, RPR-CP
                             Official Federal Court Reporter
11                           United States District Court
                             400 No. Miami Avenue, Ste. 11-2 Floor
12                           Miami, FL  33128 - 305/523-5158
                             Email:  robinc1127@aol.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Quality Assurance by Proximity Linguibase Technologies
August 26, 2008

**A**
**able** 2:9 3:12
**above-entitled** 13:3
**absconded** 8:22
**absented** 8:20
**accommodate** 12:14
**accurate** 13:2
**add** 6:14
**additional** 6:2 9:7
**addressed** 5:17
**adequate** 9:11
**advice** 8:13
**advise** 10:4
**afternoon** 2:6
**agent** 6:3
**ago** 5:15 8:5
**agree** 4:5,14 8:6,7 9:20 9:22
**agreed** 3:17 5:3
**allegation** 8:15
**allegations** 5:8 6:17 7:3
**alleged** 5:16 6:6 8:11
**alleges** 5:7
**allow** 4:10 10:11 11:15
**allowed** 5:12 11:8
**alluded** 5:9
**AMERICA** 1:4
**amount** 7:14 11:12
**amounted** 7:16
**ample** 8:2 10:6
**ANGEL** 1:7
**answer** 6:23
**answered** 9:4
**APPEARANCES** 1:12
**Appearing** 2:1
**approach** 8:11
**appropriate** 5:14 6:14 6:15 10:8
**approximately** 3:15
**arguing** 3:24
**arrested** 3:16
**asked** 4:2,4 6:2 8:16,25 9:7,17,19
**asks** 9:2
**assistance** 4:23 6:12 7:6 7:7 8:5,10 9:8,10,11 9:13 10:12 11:14
**attacking** 4:9
**attorney** 1:14 2:14 4:3 9:4,9,21
**August** 1:7 2:18
**available** 7:7
**Avenue** 1:23 13:11
**aware** 10:3
**A.U.S.A** 1:14

**B**
**back** 2:15 3:2 6:2,3 10:2

**Balance** 9:24
**Balbuena** 1:7 2:8,12,13 5:25 7:13 9:7
**based** 5:8,16 11:16
**basically** 4:9
**basis** 4:5,6 5:3,7
**bearing** 8:15
**beginning** 3:13
**behalf** 2:1
**believe** 3:22 4:3 6:18,22 6:24 7:1,11 8:10
**benefit** 7:12
**best** 4:4 7:23 9:1,18 10:4 11:1
**big** 7:8
**bit** 3:25
**box** 2:11
**break** 12:14
**brief** 4:20 5:25
**Briefly** 7:5
**bringing** 3:2
**broken** 3:22
**brought** 2:12 7:14
**Buckles** 10:10,15

**C**
**C** 13:1,1
**case** 5:18 6:23 7:21 8:18,21 9:12 10:3
**Case07-20487-CR-M...** 1:3
**cause** 6:5
**CD** 3:11
**certain** 10:3
**certify** 13:2
**challenge** 5:11 8:2
**chose** 10:8
**Circuit** 6:23
**civil** 10:25
**claimed** 3:13
**claims** 7:13
**clear** 4:15
**Clerk** 2:6,10
**client** 3:10,13 11:3,15 11:16,17,18
**client's** 3:23
**close** 7:7 9:12 10:12
**cocaine** 3:15,18 4:17 5:5 7:16 8:3,3,7,9,18
**colloquy** 4:1,12,15,17 5:11,14 8:1,12,24 9:7 9:15,16 11:4,7
**competency** 12:1
**conclude** 12:19
**conclusion** 4:4 9:19
**conducted** 5:20
**confer** 9:8,13,21 11:15
**conference** 4:20 5:1 8:4
**conferred** 11:17

**confidential** 6:3
**consent** 5:22,23
**conserve** 10:1
**conserved** 10:14
**consult** 5:12
**contact** 2:9,10
**contacted** 2:6
**continue** 10:9
**conversation** 11:11
**conversations** 3:13 7:24 11:16
**conveyed** 11:9
**COOKE** 1:10
**correct** 3:5,6 4:8,11 8:11
**counsel** 2:9,11,18 3:1,4 3:5,19 4:20 5:8,13 6:12,17 7:3,6,7 8:4,11 8:13 9:11,13,14 10:4 10:12,16 11:13 12:18
**count** 5:18
**counts** 5:19
**coupled** 7:13
**course** 8:1 9:6,14
**court** 1:1,22,22 2:1,4,5 2:12,24 3:2,7 4:1,9,13 4:14,19,22,23 5:9 6:11,18,20,25 7:4,18 8:19 10:20,23 11:1,5 11:13,21,25 12:7,13 12:18 13:10,11
**courtroom** 3:1,3 10:22 10:24 12:6,17
**Court's** 6:23

**D**
**DATE** 13:10
**dates** 11:3,21
**day** 10:25
**decide** 4:10
**defendant** 1:8,17 3:2 4:18,19,21,23 5:2,2 5:11 6:13 7:8,25,25 8:4,6,16,20,25 9:2,10 9:12,17 10:5,6,11 11:23
**defendant's** 2:20
**defense** 2:9,10,18 3:4 5:12 6:17 8:4 10:3
**denied** 7:11
**deny** 6:18,25
**Deputy** 2:6,10 10:22,24 12:6,17
**Diaz** 12:4
**difference** 7:8
**discuss** 4:19 6:10
**DISPENZIERI** 1:21 13:9,10
**District** 1:1,1,11,22

13:11
**DIVISION** 1:2
**docket** 2:17
**dollars** 3:15 7:17
**drugs** 6:1

**E**
**E** 13:1,1
**Edenfield** 1:14 2:2,3,8 2:23 4:13,14,25 6:21 6:22 7:18,20 8:9 11:17 12:1,8,15
**effective** 8:13
**effectiveness** 7:3
**efficient** 8:12
**either** 8:17
**Eleventh** 6:22
**Email** 13:12
**Encinosa** 1:18 3:1,6 4:7 7:5 10:18 11:2,6,20 12:3,9
**ENCINOSO** 3:9
**enters** 3:1
**entire** 9:16
**entry** 2:17
**enunciated** 10:10,15
**ESQ** 1:18
**eve** 8:21
**evidence** 3:11 6:14
**evidentiary** 6:20,24 7:2
**exactly** 9:12
**executed** 5:24

**F**
**F** 13:1
**fact** 4:1 5:10 7:7 9:24
**factor** 9:23 10:15
**factors** 4:9 10:10
**factual** 4:5,6,15 5:3,12 8:6 9:20,20,22
**failure** 5:16 6:7
**far** 7:8
**Farina** 3:21 4:20,22 5:2 6:7 7:12 8:14 11:8,9 11:11,15
**Federal** 1:22 13:10
**feels** 3:18
**felt** 9:18
**file** 5:16
**filed** 2:17,19 5:7 13:10
**find** 10:14
**fine** 3:21 12:8,10
**first** 5:18 7:6 8:24 9:10
**five** 7:9,10
**FL** 1:15,19,23 13:12
**flexible** 12:16
**Floor** 13:11
**FLORIDA** 1:1,7
**fluent** 3:22

**follow** 6:3
**foregoing** 13:2
**forth** 5:3 6:9 10:16
**forward** 5:25
**found** 7:15 11:14
**four** 4:9
**fourth** 10:15
**front** 12:2
**full** 2:11 10:22
**fully** 3:18 6:23
**funds** 6:2

**G**
**G** 1:10
**give** 11:21
**given** 4:16 5:11 8:1 9:7 10:10
**go** 9:9,15 10:2,15,16,23
**going** 3:14 11:21 12:3
**Gold** 12:2,10
**Good** 2:2
**GOVERNMENT** 1:13
**government's** 2:19 4:5 9:19
**Graham** 12:11,15
**grant** 7:1
**granted** 6:8
**ground** 5:15
**guilty** 1:10 2:18,20 3:8 4:2,10 5:7 6:13,15,25 7:21 8:25 9:17,25 10:12 11:15

**H**
**happened** 2:14 4:11 5:25
**happy** 6:9
**hearing** 2:13,16,21 6:21 6:24 7:2 12:2
**hearings** 10:25
**history** 9:25
**Honor** 2:2,23 3:6,9 4:14 4:17,25 5:6,23 6:9,10 6:23 7:20,22 8:10 11:2,3 12:1,8
**Honorable** 1:10 12:4
**house** 6:2,4 7:15

**I**
**inadequate** 8:23
**inclined** 7:1
**indicated** 11:6,7
**indictment** 5:19,20
**ineffective** 5:9 7:6 8:10
**inform** 11:3
**instance** 6:12
**intend** 8:17
**intended** 5:4
**intent** 7:25

**interest** 9:1,18
**interesting** 8:19
**interpreter** 2:4 4:24 5:1 8:8 9:8 11:9
**involved** 4:16
**involvement** 3:14
**Israel** 1:18 3:1
**issue** 7:23
**Ivan** 10:20 11:21

**J**
**JOSE** 1:18
**Judge** 1:11 3:9 4:7 7:5 11:19,20 12:2,5,10,11 12:14
**judicial** 9:23 10:13
**jury** 12:10

**K**
**kilograms** 4:16 5:4 8:2 8:3,7,9,17
**kilos** 3:14,17 7:9,10,16 11:10,12
**knew** 10:4
**know** 2:14 3:21 7:24,24 11:2 12:15
**knowing** 5:10 8:14,14 9:15 10:13
**knows** 5:23

**L**
**language** 9:12
**law** 6:23
**lawyer** 3:21
**legal** 6:10
**Let's** 10:23
**little** 3:25
**lock-up** 2:15
**look** 4:9

**M**
**M** 1:21 13:9,10
**mail** 2:11
**manner** 10:5,8
**MARCIA** 1:10
**matter** 2:5,7,21 8:20 9:24 10:17 13:3
**meet** 6:1
**mentioned** 5:15
**message** 2:7
**Miami** 1:2,7,15,19,23 1:23 13:11,12
**moment** 5:15 8:5
**money** 6:4 7:14,15
**morning** 2:2 12:17
**motion** 1:10 2:18,20 3:7 3:10 5:6,16,21 6:7,18 6:25 7:1 9:25
**move** 12:13

**N**
**necessary** 5:23 6:24 7:2
**need** 10:14
**never** 7:11
**noted** 8:5
**nude** 9:25
**number** 2:17
**N.E** 1:15

**O**
**obtain** 6:4
**obviously** 2:7 7:23
**offense** 4:16
**Office** 1:14
**Official** 1:22 13:10
**once** 9:21
**opportunity** 5:11 8:2 9:13 10:6
**order** 4:10

**P**
**papers** 6:18
**particular** 7:22
**paused** 11:14
**person** 7:23 10:4,5
**personally** 9:16
**pertain** 5:18
**pertains** 5:19
**picking** 12:10
**places** 9:2
**Plaintiff** 1:5
**plea** 1:10 2:18,20 3:8 4:1,10,12,15,17 5:7 5:10,10,13 6:13,15,19 6:25 7:22 8:1,12,22 8:24 9:6,14,15,16,25 10:12,12 11:4,7,15
**plead** 11:8
**pleading** 4:2 8:25 9:17
**point** 3:23 4:19 11:6,10 11:18,20
**position** 7:23
**possess** 8:17
**possible** 2:16,21
**prejudice** 6:6
**prejudiced** 6:12
**prepared** 3:4,8 10:16
**present** 2:4 3:4
**pretty** 10:22 12:3
**previous** 3:19
**price** 3:17
**prior** 5:8 6:17 7:3 8:20 9:14
**probable** 6:5
**problem** 11:24
**proceed** 3:5,8 10:5,8
**proceedings** 2:25 12:19 13:3
**proffer** 4:15 5:12 8:7

9:19,20,20,22
**proffered** 6:15
**prosecutor** 4:6 11:11
**prove** 7:2
**provided** 3:11,19
**purchase** 3:14 5:4 7:16
**purchased** 6:1
**pursuant** 5:20,24
**put** 5:17
**p.m** 2:25 3:1 12:19

**Q**
**question** 6:24 9:5
**questions** 9:9 10:7

**R**
**R** 13:1
**raised** 5:21
**ready** 10:18
**reason** 2:15 6:13
**reasons** 5:9 6:11 8:22 11:13
**recalls** 4:17
**receive** 8:13
**received** 9:4
**recessed** 2:25
**reconferred** 11:17
**recording** 7:10,13
**recordings** 3:11,20
**Reemberto** 12:4
**referred** 6:11
**regard** 7:5 12:16
**regarding** 7:3
**REPORTED** 1:20
**Reporter** 1:22 13:10
**representation** 9:3
**representations** 4:8
**represented** 3:18
**required** 6:20
**reschedule** 2:16
**resources** 9:23 10:1,13
**response** 2:19,20 5:17 7:4
**rest** 6:4
**reviewing** 3:10
**rid** 11:23
**ROBIN** 1:21 13:9,10
**robinc1127@aol.com** 13:12
**RPR** 1:21
**RPR-CP** 13:10

**S**
**S** 3:25 13:9
**satisfied** 9:3
**scheduled** 2:5,13
**Scott** 1:14 2:2
**search** 5:17,20,24 6:6

**second** 5:15
**see** 3:23
**sentence** 8:20 10:16
**sentencing** 7:9 8:21
**September** 10:21 11:22 11:25 12:4,6,7,9
**served** 9:23
**set** 2:21 5:3,25 6:9
**sides** 2:7
**simply** 5:17 6:7
**situation** 10:11
**soon** 2:16,21
**sounds** 3:24
**source** 6:3
**SOUTHERN** 1:1
**Spanish** 2:4 3:12,22,23 3:23 7:10
**speak** 3:12,22,23
**speaks** 3:22
**specific** 8:24
**standard** 6:10 9:10
**starting** 12:11
**state** 2:9
**stated** 4:18 5:2,25 8:6
**States** 1:1,4,11,22 2:1,3 13:11
**Ste** 1:23 13:11
**Street** 1:15,18
**stress** 3:25
**stuck** 10:25
**Suite** 1:19
**supposed** 6:1
**suppress** 5:16 6:7
**sure** 4:8,12 12:3
**SW** 1:18
**sworn** 6:16

**T**
**T** 13:1,1
**talk** 11:8
**talked** 4:3
**talking** 3:10 11:2
**tape** 3:20 7:10,12,18
**tapes** 7:20 8:14
**telephone** 2:10
**ten** 4:16 5:4 7:9,16 8:7 8:9
**test** 7:6
**testimony** 6:16
**Thank** 2:22,23,24 7:4 8:19 12:18
**thing** 4:4 9:6
**think** 2:15 4:18,25 5:6 5:13 6:9 9:1 10:10
**thinks** 8:22
**third** 9:23
**thirteen** 3:24 8:3
**thousand** 3:15 7:17
**three** 3:14,16,17,24

4:18 8:2 11:10
**time** 3:4,16 4:19,19 5:1 5:13 9:8,21 11:7,10 11:18
**times** 3:17 9:17
**today** 2:13 10:17
**tracking** 7:21
**transaction** 7:14
**transcribed** 7:19,21
**TRANSCRIPT** 1:10
**transcription** 13:3
**transcripts** 3:19 10:2,3
**translated** 7:11
**translation** 7:12
**translator** 8:5
**tres** 3:24 7:13
**trial** 12:4,12
**true** 4:25 8:15
**try** 2:10 10:18
**tune** 3:12
**twice** 4:2
**two** 5:7 9:2 10:25

**U**
**undercover** 6:3
**understand** 2:6
**United** 1:1,4,11,22 2:1 2:3 13:11
**usually** 12:15
**U.S** 1:14

**V**
**valid** 5:21,23
**voice** 2:11
**voluntary** 5:10 9:15 10:13
**vs** 1:6

**W**
**want** 2:9,14 4:22 9:11 10:2 11:7,19
**wanted** 11:20
**wants** 6:10 11:3
**warrant** 5:17,20 6:6
**wasn't** 4:7 5:21 7:15,19
**way** 8:13
**Wednesday** 10:20
**week** 10:19
**withdraw** 1:10 2:18,20 3:8 6:19,25 9:25 10:11
**withdrawal** 5:7,13 6:13 6:15
**withdrawn** 4:11
**work** 12:13
**worse** 10:24
**wouldn't** 7:15 9:24

**$**

| | | | | |
|---|---|---|---|---|
| **$17,500** 3:17 | | | | |
| **1** | | | | |
| **1/23/2009** 13:9<br>**10** 8:17<br>**10th** 10:23<br>**11-2** 1:23 13:11<br>**11:00** 12:6,7,9,17<br>**17** 11:22<br>**1710** 1:19<br>**19th** 12:10,11 | | | | |
| **2** | | | | |
| **2008** 1:7<br>**22nd** 12:11<br>**24** 12:6,7,9<br>**25** 2:18<br>**26** 1:7<br>**26th** 2:19 | | | | |
| **3** | | | | |
| **3** 10:21 11:25 12:4<br>**3rd** 10:24<br>**305/374-4343** 1:19<br>**305/523-5158** 1:23<br>    13:12<br>**305/961-9136** 1:15<br>**33128** 1:23 13:12<br>**33130** 1:19<br>**33132** 1:15 | | | | |
| **4** | | | | |
| **4th** 1:15<br>**4:30** 2:5 11:25 12:2<br>**4:40** 2:25<br>**40** 2:17<br>**400** 1:23 13:11 | | | | |
| **5** | | | | |
| **5:05** 3:1<br>**5:30** 12:19<br>**50** 3:15 | | | | |
| **8** | | | | |
| **8th** 1:18<br>**80** 1:18 | | | | |
| **9** | | | | |
| **99** 1:15 | | | | |